# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01177-LTB-CBS

UNITED STATES OF AMERICA,

    Petitioner,

v.

JAMES A. BOSMAN,

    Respondent.

_____

# ORDER OF DISMISSAL
_____

Upon Petitioner's Motion to Dismiss (Doc 3 - filed July 24, 2006), and it appearing that Respondent has complied with the relief requested, it is

ORDERED:

That this action is DISMISSED WITH PREJUDICE, each party to bear its own costs and attorney's fees.

                                   BY THE COURT:

                                   s/Lewis T. Babcock
                                   UNITED STATES DISTRICT JUDGE

DATED: July 24, 2006